UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | No. B-03-036 |
| ILIAS ANTONIO BAEZ | § | |

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

## APPLICATION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **ILIAS ANTONIO BAEZ**, Defendant in the above-entitled and numbered cause, and moves the Court to grant a writ of habeas corpus, and in support of such motion shows:

I.

Applicant is currently being unlawfully held in the Cameron County Jail by the U.S. Marshall.

II.

Applicant is charged with the offense of Illegal Re-entry.

III.

Applicant was arrested pursuant to this charge on December 7, 2002, and has been held in continuous confinement since that date and no bond has been set nor has he been formally charged.

IV.

At the present time there has been no showing by the Government that there is proof evident that the applicant is guilty of any of the alleged offenses, that the jury would render a guilty verdict. Therefore, the court should order the Government to immediately bring forward such proof or release Defendant.

WHEREFORE PREMISES CONSIDERED, Applicant respectfully requests that the Court conduct an evidentiary hearing on this Application for Writ of Habeas Corpus and upon conclusion thereof grant Applicant deportation to Mexico or in the alternative dismiss all charges pending against Defendant.

Respectfully submitted this the 10th day of February, 2003.

Respectfully submitted,

LAW OFFICE OF RICHARD R. RODRIGUEZ
1117 East Harrison
Harlingen, Texas 78550
(956) 425-4992
(956) 425-9639  (fax)

_____
Richard R. Rodriguez
State Bar No. : 17148527
Federal I.D. No. 16725
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above instrument was forwarded to the U. S. Attorney's Office, 600 East Harrison, Brownsville, Texas, in accordance with Federal Rules of Criminal Procedure on this the 10th day of February, 2003.

_____
RICHARD R. RODRIGUEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | No. _____ |
| | § | |
| ILIAS ANTONIO BAEZ | § | |

### ORDER SETTING HEARING ON
### APPLICATION FOR WRIT OF HABEAS CORPUS

On the date shown below, came on to be considered Defendant's Application for Writ of Habeas Corpus in the above-entitled and numbered cause. The Court, having considered same, is of the opinion that a hearing should be held thereon.

It is therefore, ORDERED that a hearing is hereby set on Defendants' Application for the _____ day of _____, 2003, at _____ ____.m. before the _____ Court.

SIGNED FOR ENTRY on this the _____ day of _____, 2003.

_____
JUDGE PRESIDING