United States District Court
Southern District of Texas
FILED

MAR 0 3 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Cause No. B-03-036 |
| | § § | |
| ILIAS ANTONIO BAEZ | § | |

### MOTION TO WITHDRAW APPLICATION FOR WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **ILIAS ANTONIO BAEZ**, Movant and attorney of record **RICHARD R. RODRIGUEZ**, brings this Motion to Withdraw Application for Writ of Habeas Corpus as counsel and in support thereof shows:

1. No Federal charges are pending against **ILIAS ANTONIO BAEZ**.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that this Motion to Withdraw Application For Writ of Habeas Corpus be in all things granted.

Respectfully submitted,

LAW OFFICE OF RICHARD R. RODRIGUEZ
1117 East Harrison Street
Harlingen, TX 78550
Tel: (956) 425-4992
Fax: (956) 425-9639

By: _____
RICHARD R. RODRIGUEZ
State Bar No. 17148527
Federal I.D. No. 16725
Attorney for ILIAS ANTONIO BAEZ

## CERTIFICATE OF SERVICE

This is to certify that on March 3, 2003, a true and correct copy of the above and foregoing document was served on the U.S. Attorney's Office in accordance with Federal Rules of Criminal Procedure, via hand delivery.

_____
RICHARD R. RODRIGUEZ