UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | Cause No. B-03-036 |
| ILIAS ANTONIO BAEZ | § § § | |

### ORDER ON MOTION TO WITHDRAW
### APPLICATION FOR WRIT OF HABEAS CORPUS

On __March 5__, 2003 came on to be considered Movant's Motion to Withdraw Application for Writ of Habeas Corpus.

The Court finds that there is good cause for withdrawal of Application For Writ of Habeas Corpus.

IT IS THEREFORE ORDERED, that Movant is permitted to withdraw the Application for Writ of Habeas Corpus.

Signed on __March 5__, 2003.

_____
JUDGE PRESIDING

United States District Court
Southern District of Texas
ENTERED
MAR 0 6 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk